UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   CV 19-10923-CJC (KS)                                           Date: January 21, 2020

Title    *Robert H. Dunlap v. Stu Sherman*

Present: The Honorable:    Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On December 27, 2019, Petitioner, a state prisoner proceeding *pro se* and *in forma pauperis*, filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2254. (Dkt. No. 1.) According to the Petition and attached documents, the Petition challenges Petitioner's 60-year prison sentence imposed following his April 1999 first-degree murder conviction (Cal. Penal Code § 187(a)) and the jury's determination that Petitioner used a deadly and dangerous weapon, a knife, in the commission of the offense (Cal. Penal Code § 12022(b)(1)). (Petition at 2, 5; *see also id.* at CM/ECF Page ID 52-46); Petition for Review, No. S089291, 2000 WL 34230682 (Jun. 20, 2000), at *3.  On January 3, 2020, the Court ordered Petitioner to show cause no later than January 24, 2020 why the Petition should not be dismissed on the grounds that it is facially untimely, appears wholly unexhausted, and fails to state a cognizable claim for federal habeas relief. (Dkt. No. 4.)  Specifically, the Court directed Petitioner to file, no later than January 24, 2020, **both**:  (1) a First Amended Petition that (a) included specific factual allegations establishing that the action is timely and (b) made a clear and concise argument supported by specific facts that Petitioner's custody violates the U.S. Constitution or the laws of the United States; **and** (2) either a response establishing that the exhaustion process in the state courts was complete or a request for a stay.  (Dkt. No. 4.)

On January 16, 2020, Petitioner filed a response in which he contends that the state court exhaustion process was complete.  (Dkt. No. 5.)  However, Petitioner did not also file a First Amended Petition nor did he (a) articulate specific factual allegations that establish that the Petition is timely and (b) argue that Petitioner's conviction or custody violates the U.S. Constitution or the laws of the United States.  (*See generally* Dkt. No. 5.)  Accordingly, to date,

Petitioner has not complied with the Court's January 3, 2020 Order and the Petition remains subject to dismissal. Indeed, the action is now subject to dismissal both under Rule 41(b) of the Federal Rules of Civil Procedure for Petitioner's failure to comply with court orders and because it appears to be untimely and fails to state a cognizable claim for federal habeas relief.

Nevertheless, in the interests of justice, Petitioner shall receive one <u>final</u> opportunity to avoid dismissal. Accordingly, **IT IS HEREBY ORDERED that, no later than February 11, 2020, Petitioner shall file a First Amended Petition that complies with the Court's January 3, 2020 Order.** The First Amended Petition, if any, shall be complete in itself and shall bear both the designation "First Amended Petition" and the case number assigned to this action. It shall not refer to, or rely on, the original Petition or any other prior pleadings, and claims that are not expressly included in the First Amended Petition shall be deemed abandoned. Petitioner is strongly encouraged to use the Central District's form state habeas petition.

Alternatively, if Petitioner does not wish to proceed with this action at this time, he may file a <u>signed</u> document entitled "Notice Of Voluntary Dismissal" and the action will be dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**Petitioner is advised that his failure to timely comply with this Order <u>will</u> result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41-1.**

The Clerk is directed to send Petitioner a copy of the Court's January 3, 2020 Order (Dkt. No. 4.) with this Order, and the Court directs Petitioner's attention to pages three to four and six to seven of that Order. The Clerk is further directed to send Petitioner the Central District's form state habeas petition for Petitioner to complete in order to discharge this Order and avoid dismissal.

**IT IS SO ORDERED.**

:
**Initials of Preparer**   gr