# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT H. DUNLAP, | ) | NO. CV 19-10923-CJC (KS) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| STU SHERMAN, | ) | |
| | ) | |
| Respondent. | ) | |
| ————————————————— | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 3, 2020

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE